DOROTHY DORFMAN, SUBSTITUTED FOR LOUIS DORF-
MAN, PLAINTIFF-RESPONDENT, v. MT. SINAI BUILD-
ING AND LOAN ASSOCIATION, A NEW JERSEY COR-
PORATION, DEFENDANT-APPELLANT.

Submitted October term, 1932—Decided June 10, 1933.

Before Justices TRENCHARD, CASE and BROGAN.

For the appellant, *Precker & Precker* (*Michael S. Precker*,
of counsel).

For the respondent, *Michael Sokol.*

PER CURIAM.

This case presents an appeal by the defendant-appellant
from a judgment recovered by the plaintiff below in the sum
of $140.

The plaintiff, a shareholder in the defendant building and
loan association, sued to recover this amount of $140 which
she alleges was paid by her over and above the amount due
to the building and loan association on a mortgage loan. It
is not disputed that this amount was paid by the plaintiff
but the defendant says this sum was applied by it to unpaid
insurance premiums covering the plaintiff's property. On the
other hand, the husband of the plaintiff swears that he paid
the insurance premiums, amounting to $140, to the president
of the building and loan association which, of course, presents
a fact issue.

The state of the case, agreed upon by counsel for the re-
spective parties, comes before us in a very unsatisfactory con-
dition. The parties, for instance, are unable to agree as to
whether or not a certain question was asked (which may have

been important in this controversy) and the notes of the trial judge do not disclose whether or not the question was asked. It does appear, however, that the defendant moved for a nonsuit, which was denied, and that the court let the case go to the jury as to whether or not the president of the defendant building and loan association acted as the plaintiff's agent or the defendant's agent in applying plaintiff's moneys to the payment of insurance premium. The court's ruling on these questions was in no way excepted to and these questions therefore are not available to the appellant for the purposes of an appeal. *Klein* v. *Shryer,* 106 *N. J. L.* 433; 150 *Atl. Rep.* 321.

The appeal is therefore dismissed, with costs.